Plaintiff's Name RODRIC P. STANLEY JR

Prisoner No. CC18KO9216

Institution WEST RE-ENTRY TREATMENT HOUSING FACILITY, 5555 GIANT HWY RICHMOND CA, 94806

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

RODRIC P. STANLEY JR
*(Enter your full name)*

v.

DR. HOLLANDBERRY; CONTRA COSTA COUNTY COUNTY;

*(Enter the full name(s) of all defendants in this action)*

Case No.________________
*(Provided by the Clerk upon filing)*

**COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

## I. Exhaustion of Administrative Remedies.

*You must exhaust the remedies available at your institution before your claim(s) can go forward. The court will dismiss any unexhausted claims.*

**A.** Place of present confinement (WRTH) WEST COUNTY

**B.** Is there a grievance procedure in this institution? ☒ **YES** ☐ **NO**

**C.** If so, did you present the facts in your complaint for review through the grievance procedure?
☒ **YES** ☐ **NO**

**D.** If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue any available level of appeal, explain why.

1. Informal appeal: ________________

2. First formal level: ________________

3. Second formal level: ______________________________

4. Third formal level: ______________________________

**E.** Is the last level to which you appealed the highest level of appeal available to you?
☒ **YES** ☐ **NO**

**F.** If you did not present your claim for review through the grievance procedure, explain why.

## II. Parties.

**A.** If there are additional plaintiffs besides you, write their name(s) and present address(es).

RODRIC P. STANLEY JR.

**B.** For each defendant, provide full name, official position and place of employment.

CONTRA COSTA COUNTY;
DR. ELLIZABETH HOLLANDBERRY

## III. Statement of Claim.

State briefly the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

SINCE 2022 I HAVE BEEN PRESCRIBED PAIN MEDICATION (NARCO) FOR SERIOUS MEDICAL CHRONIC INJURIES WHILE IN CUSTODY. I SUFFERED A PARTIAL TEAR OF THE PROXIMAL PATELLAR TENDON AND DEGENERATION OF THE POSTERIOR MEDIAL CORNER OF THE MEDIAL MENISCUS, TO MY LEFT KNEE, MY RIGHT SHOULDER HAD

MINIMAL FRAYING OF THE BURSAL SURFACE FIBERS OF THE SUPRASPINATUS TENDON, LONGITUDINAL TEAR OF THE SUPERIOR AND POSTERIOR LABRUM; MY LOWER BACK SUSTAINED MULTILEVEL DEGENERATIVE DISC DISEASE MOST SEVERELY SEEN AT L5-S1 WITH MILD TO MODERATE DISC BULGE AND LEFT PARACENTRAL DISC PROTRUSION WITHOUT CENTRAL STENOSIS OR DEFINITE NERVE CONTACT, FACET ARTHROSIS MODERATE RIGHT AND MODERATE TO SEVERE LEFT FORAMINAL NARROWING; MILD DEGENERATIVE DISEASE AT L3-4 AND 4-5 BILATERAL FORAMINAL NARROWING. AND ON MY LEFT BIG TOE A OPEN WOUND THAT HAS NOT HEALED SINCE 2018 WHICH CAUSED SEVEAR PAIN. EACH ONE OF THESE INJURIES CAUSED ME SLEEP DEPRIVEMENT PAIN AND SUFFERING, DESPITE RECIEVING NARCO FOR OVER 4 YEARS MY TOLERANCE INCREASED. I WOULD SOON BECOME ADDICTED TO THIS MEDICATION AND WOULD HOLD OUT TAKEN ONE TO STACK (SAVE) UP A AMOUNT TO ACCOMENDATE MY TOLERANCE. FOR YEARS INSTEAD OF CONDUCTING RECOMENDATION THE MEDICAL DISREGARDED THAT I NEEDED PHYSICAL THERAPY, I RECIEVED IT IN 2022 BUT WAS MOVED TO MARTINEZ, DR. HOLLANDBERRY WITHOUT CONSIDERING MY CHRONIC ISSUES VOIDED ALL MY MEDICAL EQUIPMENT, I FOR YEARS IN SOLITARY CONFINEMENT WAS DENIED A CHAIR WITH BACK SUPPORT WHICH CAUSED ME SEVEAR BACK PAIN DUE TO BEING A PRO PER LITIGANT IN MY CRIMINAL CASE WRITTING AND READING WAS REQUIRED. FOR YEARS INSTEAD OF PROVIDING ME THE SURGERY OR PHYSICAL THERAPY FOR MY SERIOUS MEDICAL NEEDS, I WAS FORCED TO MAKE UNSUCCESSFUL PROGRESS INTOXICATED FROM THE NARCO I BEGIN TAKEN 6 TO 7 TO CLOUD MY PAIN. AND EXCERCISE SHOT BASKETBALL BECAUSE I WAS GAINING SEVERE WEIGHT, I WAS IDLE, FORCED TO BE SUBJECT TO DEPRESSION (SEE ATT)

## IV. Relief.

Your complaint must include a request for specific relief. State briefly exactly what you want the court to do for you. Do not make legal arguments and do not cite any cases or statutes.

A DECLARATION THAT THE ACTS AND OMISSIONS DESCRIBED VIOLATED MY 8TH AND 14TH AMENDMENT RIGHTS UNDER THE CONSTITUTION AND LAWS OF THE UNITED STATES; AND VIOLATION OF AMERICANS WITH DISABILITIES ACT (ADA) EQUAL PROTECTION OF THE LAW AND RACIAL DISCRIMINATION; A PRELIMINARY AND PERMANENT INJUNCTION ORDERING DEFENDANTS TO CHANGE THEIR POLICY TO INSURE ADEQUATE MEDICAL ASSISTANCE; COMPENSATORY DAMAGES IN THE AMOUNT OF $400,000.00 AGAINST DEFENDANTS JOINTLY AND SEVERALLY; PUNITIVE DAMAGES IN THE AMOUNT OF $250,000 AGAINST DEFENDANTS JOINTLY AND SEVERALLY, A JURY TRIAL, RECOVERY OF COST IN SUIT AND ANY ADDITIONAL RELIEF THIS COURT DEEMS JUST PROPER AND EQUITABLE

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on: JULY 27, 2026
*Date*

[signature]
*Signature of Plaintiff*

I HAD LIVER ISSUES, I GAINED 38 POUNDS AND WAS VERY MOODY.

I WROTE GRIEVANCES FOR YEARS, CONSTANTLY ABOUT EQUIPMENT SUCH AS A CHAIR FOR MY BACK AND LEFT KNEE, MARTINEZ JAIL HAD A STEEL STOOL THATS CLOSE AS A INCH TO THE WALL, MY LEFT LEG NEED ROOM TO STRETCH OUT IF NOT SEVERE PAIN WOULD SHOOT UP IN MY LEGS AND BACK; THEN MY BACK WOULD CAUSE ME SHOTS OF PAIN ALSO, WEST COUNTY WAS THE ONLY JAIL THAT HAD CHAIRS AND A DESK WITH ENOUGH ROOM TO ACCOMENDATE MY CONDITIONS. BUT 4 BUILDING DID NOT HAVE CHAIRS EITHER, MY PHYSICAL THEARPIST IN 2022 SAID THAT RECIEVING PHYSICAL THEARPY WAS POINTLESS IF THEY TAKE AWAY THE EQUIPMENT SUCH AS THE CHAIR IT DIGRESS THE PROGRESS, WHICH I WOULD BE VERY TENSE AND STIFF.

EACH TIME I WAS SCHEDUELED TO SEE A DOCTOR I WOULD GO TO JOHN MUIR HOSPITAL IN MARTINEZ DOCTORS WILL SAY THEY WILL GIVE ME SURGERY OR SOME OTHER METHODS BUT NEVER DO, THIS WOULD BE SAID FOR MY SHOULDER, KNEE AND LEFT BIG TOE. FOR YEARS I NEEDED A CANE DUE TO MY KNEE WOULD GIVE OUT I WATCHED FOR YEARS OTHER INMATES WHO HAD SIMILAR SHOULDER INJURIES RECIEVE SURGERY LESS THAN 6 MONTHS, I WAS CONSTANTLY FOR YEARS BECOMING INSTEAD ADDICTED TO NARCO WHICH I WAS GIVEN TWICE A DAY BUT AS I MENTION WOULD SAVE ONE EVERY OTHER DAY TO CONSUME MORE DUE TO MY TOLERANCE THE MOST I SAVED UP WAS 20, SOME WOULD BE CRUSHED WHICH I WOULD POUR IT IN A SODA TO CONSUME. IN 2026 MY MEDICATION WAS GIVEN TO ME IN A LIQUID FORM IT DID NOT TASTE LIKE NARCO AND THE EFFECT WAS NOT THE SAME INSTEAD WITHIN MINUTES I WAS EXTREMELY TIRED I WOKE UP THE NEXT DAY FULLY CLOTHED AND IN PAIN. THE NEXT DAY I TOLD THE NURSE I WILL NOT TAKE WHAT WAS ALLEGEDLY NARCO IN LIQUID. THIS HAPPEN 3 DAYS DESPITE MY INFORMING THE NURSE I WILL LIKE FOR MY MEDICATION ADMINSTERED INFRONT OF ME IN THE LIQUID.

I WAS INFORMED THE DOCTOR ORDERED MY MEDS TO BE DONE THIS WAY. I ASKED WHAT DOCTOR AND I WAS INFORMED HOLLANDBERRY. AFTER THE 3RD DAY MY NARCO, FISH OIL AND MULTIVITAMINS WAS DISCONTINUED. I BEGIN HAVING SEVERE WITHDRAWLS, MY BODY ACHED SO BAD I CRIED AND SHOUTED I HAD SEVERE BODY SWEATS, SLEEP DEPRIVEMENT. I DEFECATED ON MYSELF, VOMITED AND HAD A POUNDING HEADACHE.

DR. HOLLANDBERRY CAME TO T. MODUEL TWICE IN FEB-MARCH 2026 I SAW HER AND INFORMED HER OF MY SIDE EFFECTS THE 1ST TIME SHE SAID I HAD A APPOINTMENT COMING UP THAT WEEK, HOWEVER I SAW NO ONE. THE SECOND TIME I TRIED SPEAKING TO HER AND SHE IGNORED ME. DURING THIS TIME I WITNESS WHITE INMATES COME TO T MODUEL AND WITHOUT REQUEST OR GRIEVANCE RECIEVED MEDICAL CARE, GATORADE FOR ELECTROLYTES, DOUBLE PORTION FOOD, AND VITIALS CHECK 3 TIMES A DAY. ONE WHITE MAN WAS KICKING FROM CRYSTAL AND HERION VOMITING AND YELLING AND HE WAS IN (CELL 3) I WAS IN (CELL 4) I WITNESS HIM RECIEVE CERPATECH/SABOTIAN OPIOD BLOCKER. I WROTE GRIEVANCES FEB AND MARCH 2026 ABOUT WHAT I WAS GOING THROUGH AND WITNESSED DESPITE THESE APPARENT ISSUES I DID NOT SEE A DOCTOR UNTILL MARCH 19, 2026 I WENT A ENTIRE MONTH WITHOUT MEDICAL I WAS NOT WINGED OFF NARCO, NOR GIVEN CERPATECH / SABOTIAN COLD TURKEY I SUFFERED. I WAS FORCED TO USE HOT WATER IN A BAG TO AID MY ACHES DUE TO THE FREEZING CELL, FORCED MYSELF AFTER A SERIOUS DEPRESSION TO GO OUTSIDE TO SHOT THE BALL. TO THIS DAY MY BODY ACHES IN ALMOST ALL MY JOINTS BACK SHOULDER, WRIST, ANKELS, AND KNEES. IM STILL IN PAIN IN MY BACK SHOULDER AND BIG TOE. THE WOUND ON MY TOE IS STILL NOT HEALED. I RECENTLY ASKED FOR A CHAIR AND WAS TOLD DR. HOLLANDBERRY CLAIMED I DID NOT NEED IT. I AM WITHOUT PHYSICAL THEARPY STILL AND STILL NO SURGERY FOR MY INJURIES I WAKE UP IN A PUDDEL OF SWEAT, ACHES AND IM VERY STIFF

MY JOINTS ALWAYS SEEM FRAGILE, I CONSTANTLY HAVE MUSLE SPASMS AND ALTHOUGH I INFORM THESE ISSUES MEDICAL REFUSE TO ACCOMENDATE MY ISSUES. FOR OVER 8 YEARS I HAVE HAD THIS NON-HEALING WOUND ON MY BIG TOE, INSTEAD OF MEDICAL CLEANING IT AND PROVIDING MEDICAL ASSISTANCE THEY GIVE ME A BAND-AID AND OINTMENT WHICH IS NOT HELPING THIS WOUND IS VERY PAINFUL AND PROHIBITS ME TO MOST THINGS SUCH AS WALKING WHICH CAUSES ME TO LIMP. MY BACK IS ALWAYS IN PAIN AND IM NOT RECIEVING ANY PHYSICAL THEARPY. I WAS TOLD JULY 24, 2026 THAT THERE IS NO STAFF FOR PHYSICAL THEARPY. I WAS TOLD TO WALK AROUND I EXPLAINED THE CELL IS EXTREMLY COLD. AND THERE IS NO DIRECT SUNLIGHT AND THE FACILITY I AM NOW IN ONLY ALLOW ME OUT MY CELL 3 HOURS A DAY BUT THE COURT YARD IS VERY SMALL AND ITS ALWAYS OCCUPIED WITH OTHER INMATES PLAYING HANDBALL. MEDICAL DISREGARDED MY ISSUES AND AS OF THIS WRITTING I SUFFER SEVERE PAIN. AND I AM SUFFERING.

## - LEGAL CLAIMS -

DEFENDANT CONTRA COSTA COUNTY ADOPTED A CUSTOM AND PRACTICE WITH A LONG STANDING POLICY THAT PROHIBITS SUCH PRACTICES. I AM RAISING A MUNICIPAL LIABILITY CLAIM ON THE MEDICAL MALPRACTICES AGINST DEFENDANT IN THE DELIBERATE INDIFFERENCE PRACTICES AGINST ME. MY BEING PROSCRIBED A OPIOD (NARCO) FOR OVER FOUR YEARS THAT CAUSED MORE INJURY TO MY BODY THAN HELPING IT, TURNING ME INTO A ADDICT PROSCRIBING ME A OPIOD THAT LONG IS A CLEAR VIOLATION OF THEIR OWN POLICY. AND A CLEAR PUNITIVE ACTION TO CAUSE ME SERIOUS BODILY INJURY. DEFENDANT INSTEAD OF PROVIDING ME THE NECESSARY MEDICAL TREATMENT PHYSICAL THEARPY AND SURGERY INSTEAD ALLOWED ME TO INHERIT HEALTH ISSUES, WEIGHT GAIN, LIVER ISSUES, BODY ACHES, MUSLE SPASMS, AND STILL SUFFER PAIN FROM ISSUES THAT NEVER BEEN FIXED. THE SERIOUSNESS OF MY MEDICAL NEEDS AND ITS NATURE DEFENDANTS GROSS NEGLIGENCE INFLICTED MORE PAIN THAN ITS FIRST INSTANCE MY SUBSTANTIAL RISK OF SERIOUS HARM WAS DUE TO DEFENDANTS MEDICAL MALEPRACTICES AND THEIR DELIBERATE INDIFFERENCES TOWARDS

MY SERIOUS MEDICAL NEEDS. DEFENDANTS WAS HIGHLY AWARE OF OPIODS ADDICTIONS AND THE EFFECTS IT CAUSES ON PEOPLE WHO BECOME ADDICTED TO IT. DEFENDANTS ACTIONS VIOLATED MY 8TH AND 14TH AMENDMENT RIGHTS AND CONSTITUES CRUEL AND UNUSUAL PUNISHMENT, AND VIOLATION OF THE EQUAL PROTECTION CLAUSE UNDER THE UNITED STATES CONSTITUTION AND THE STATE OF CALIFORNIA LAW ON OPOIDS.

DEFENDANT DR. HOLLANDBERRY HAS CREATED A CUSTOM AND PRACTICE TO PUNITIVELY INFLICT PAIN AND SUFFERING UPON ME BY DENYING ME MEDICAL EQUIPTMENT FOR INJURIES OTHER INMATES ALSO HAD BUT SUBJECTED ME TO HARSH CONDITIONS VOIDING MEDICAL EQUIPTMENT TO SERIOUS INJURIES (MY BACK) WHOM DEFENDANT WAS AWARE OF ME REPRESENTING MYSELF IN MY CRIMINAL AND CIVIL CASES. THE CHAIR WAS HIGHLY IMPORTANT TO DIGRESS THE BACK PAINS.

DEFENDANT HOLLANDBERRY DISREGARDED THE RISK OF THE INFLICTED PAIN BY NOT TAKING REASONABLE STEPS TO ABATE IT, SHE WAS AWARE OF THE FACTS FROM WHICH THE INFERENCE COULD BE DRAWN THAT A SUBSTANTIAL RISK OF SERIOUS HARM EXISTS. DESPITE ME INFORMING HER OF MY WITHDRAWLS AND MY ISSUES. DENYING HUMANE CONDITIONS IN MY CONFINEMENT AWARE OF MY CHRONIC ISSUES. AND THE PAIN THAT WAS APPARENT. DEFENDANT HOLLANDBERRY MADE AN INTENTIONAL DECISION TO NOT PROVIDE ME ... WITH MEDICATION BY CUTTING ME OFF WITHOUT SUBSTITUTION OF MY NARCO, WEANING ME OFF, OR PROVIDING SOBOTIAN THIS DECISION PUT ME THROUGH SERIOUS WITHDRAWLS THAT WAS DEHUMANIZING AND A SUBSTANTIAL RISK OF SUFFERING. DEFENDANT HOLLANDBERRY DID NOT TAKE REASONABLE AVALIABLE MEASURES TO ABATE THE RISK DESPITE REASONABLE OFFICIAL MEASURES WAS AVALIABLE IN THE CIRCUMSTANCE, HER ACTIONS MADE THE CONSEQUENCES OF MY SUFFERING OBVIOUS BY BEING THE ONE TO CUT ME OFF THE NARCO BUT NOT PROVIDING A SUPPORTING MEANS OF SUBSTITUTION. AND DESPITE TWICE ME INFORMING HER OF MY WITHDRAWING

SHE SHOWED DELIBERATE INDIFFERENCE BY SEEING OTHER INMATES OF ANOTHER RACE WHO SUFFERED WITHDRAWING WHO JUST CAME INCUSTODY PROVIDING A MEDICAL ORDER TO PROVIDE GATORADE, DOUBLE PORTION SABOTIAN AND VITIAL CHECKS 3 TIMES A DAY WHICH CLEAR RACIAL DISCRIMINATION APPEARED RIGHT BEFORE ME ON ADEQUATE MEDICAL CARE. DEFENDANT HOLLAND BERRY ACTIONS CAUSED ME SERIOUS INJURIES WITHOUT REGARD OF THE EFFECT IT WOULD PRODUCE DURING THAT TIME AND IN THE FUTURE WHICH VIOLATED MY 8TH AND 14TH AMENDMENT UNDER THE UNITED STATES CONSTITUTION AND CONSTUTE CRUEL AND UNUSUAL PUNISHMENT AND RACIAL DISCRIMINATION IN MEDICAL PRACTICES.